■ In the Matter of the Arbitration between BOARD OF EDUCATION OF CARTHAGE CENTRAL SCHOOL DISTRICT, Respondent, and CARTHAGE TEACHERS' ASSOCIATION et al., Appellants. [661 NYS2d 551] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Arbitration.) Present—Denman, P. J., Green, Lawton, Balio and Fallon, JJ.